UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | Case No. 1:06-cr-147-WTL-TAB |
| v. ) | |
| ) | |
| CHARLES T. DUNSON, ) | |
| Defendant. ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Doris L. Pryor's Report and Recommendation that Charles Dunson's supervised release be revoked, pursuant to Title 18 U.S.C. Sec. 3401(i), Rule 32.1(a)(1) Federal Rules of Criminal Procedure and Title 18 U.S.C. Sec. 3583, the Court now approves and adopts the Report and Recommendation as the entry of the Court, and orders a sentence imposed of imprisonment of 18 months in the custody of the Attorney General. Upon Mr. Dunson's release from confinement, he will not be subject to supervised release.

Dated: 12/11/2018

Hon. William T. Lawrence, Senior Judge
United States District Court
Southern District of Indiana

Distribution:

All registered counsel via electronic notification

USMS

USPO